**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| UNITED STATES OF AMERICA<br><br>v.<br><br>ANTHONY GUERRA | Case No. 25 Cr. 560 (JAV)<br><br>**ORDER** |

**IT IS HEREBY ORDERED** that Defendant Anthony Guerra must be evaluated as soon as possible by the appropriate medical and psychiatric professionals at the Westchester County Jail, and that he should be provided with access to any appropriate lawfully prescribed medications to treat his physical and mental health conditions as soon as possible.

Dated: August 20, 2026

SO ORDERED

Jeannette Vargas

Hon. Jeannette A. Vargas