GS GELBER + SANTILLO

November 17, 2026

**VIA ECF**
The Honorable Jeannette A. Vargas
United States District Judge
United States District Court
Southern District of New York
500 Pearl St.
New York, NY 10007-1312

MEMO ENDORSED

Re: *United States v. Anthony Guerra*, 1:25-cr-00560-JAV

Dear Judge Vargas:

I write to request a 45-day adjournment of Anthony Guerra's sentencing, which is currently scheduled for November 30, 2026. This is the defense's first request for an adjournment of the sentencing date, and the Government has no objection. Defense counsel seeks the extension to allow additional time to collect medical records and letters on Mr. Guerra's behalf, due to scheduled travel over the upcoming holidays and due to multiple conflicting appellate deadlines. Thank you for your consideration.

Sincerely,

/s/ Kristen Santillo
Kristen Santillo
Counsel for Anthony Guerra

Defendant's request for an adjournment of sentencing is granted. The sentencing previously scheduled for November 30, 2026, is adjourned to January 25, 2027, at 2:30 pm. Accordingly, defense sentencing submissions are due January 11, 2027; government submissions are due January 25, 2027.

SO ORDERED.

Dated: November 17, 2026

Jeannette Vargas
JEANNETTE A. VARGAS
United States District Judge